_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
August 03, 2023
_____

Amberlea Davis NV Bar #11551
LAW OFFICES OF AMBERLEA DAVIS
501 S. 6th Street
Las Vegas, NV 89101
(702) 440-8000
Amber@sheismylawyer.com
Attorney for Creditor

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| In re: | ) | 23-12584-mkn |
| | ) | |
| | ) | Chapter 13 |
| SIMONE NICOLE BANKS | ) | |
| | ) | MOTION FOR RELIEF FROM STAY |
| Debtor | ) | |
| | ) | Date:  August 2, 2023 |
| | ) | Time:  1:30 pm |
| | ) | |

**<u>ORDER TERMINATING THE AUTOMATIC STAY</u>**

The Motion for Relief from Stay having been properly served, the Court makes its Order as follows:

1

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled Bankruptcy case shall be terminated as to the Debtor in favor of Movant Southwestern Mgmt & Realty Team II, as it pertains to the certain premises located at 3145 E Flamingo Rd #1124, Las Vegas, NV 89121.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Creditor may go forward with all remedies to which he is entitled, to take possession of said real property, using state court proceedings to do so, if necessary.

RESPECTFULLY SUBMITTED:

_/s/ Amberlea Davis_____
AMBERLEA DAVIS Bar # 11551
501 S. 6th Street, Las Vegas, NV 89101
Telephone: 702-380-4274
Fax: 702-380-8496
Amber@sheismylawyer.com
*Attorney for Creditor Southwestern MGMT & Realty Team II*

## ALTERNATIVE METHOD RE: RULE 9021

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

___ The court has waived the requirement set forth in LR 9021(1).

X   No party appeared at the hearing or filed an objection to the motion.

___ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

___ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

RESPECTFULLY SUBMITTED:

 /s/ Amberlea Davis_____
AMBERLEA DAVIS Bar # 11551
501 S. 6th Street
Las Vegas, NV 89101
Telephone: 702-380-4274
Fax: 702-380-8496
Amber@sheismylawyer.com
*Attorney for Creditor*